UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHRISTOPHER BUSH,

    Plaintiff,

v.                                              CASE NO.:   3:18-CV-2328-G

FORD MOTOR CREDIT COMPANY, LLC,

    Defendant.

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

    Attorney Jonathan B. Cohen hereby files this Motion for Leave to Withdraw as Counsel of record for Plaintiff Christopher Bush.   John Yanchunis of Morgan & Morgan is also listed as counsel of record and will continue to represent Plaintiff in this action.

Dated:   January 24, 2020                      **MORGAN & MORGAN**
                                                    **COMPLEX LITIGATION GROUP**

                                                    /s/ *Jonathan B. Cohen*
                                                    Jonathan B. Cohen (FL Bar No. 0027620)
                                                    201 North Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile: (813) 222-2434
                                                    jcohen@forthepeople.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, the foregoing document was filed with the Clerk by using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *Jonathan B. Cohen*
Jonathan B. Cohen (FL Bar No. 0027620)